FILED

FEB 27 2019

Clerk, U.S. District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11–35–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM JOSEPH VOTH, JR., | |
| Defendant. | |

Defendant William Joseph Voth, Jr. having agreed to a modification of his conditions of supervision regarding travel and travel documentation, (*see* Doc. 60),

IT IS ORDERED that Voth's request for leave to travel to the Bahamas (Doc. 59) is GRANTED. Voth must check in with his supervising probation officer as directed during his trip.

DATED this 27th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court

10:15 A.M.